UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

NATIONAL ROOFING INDUSTRY PENSION  )
PLAN, et al.,                       )
                                    )
            Plaintiffs,             )
                                    )
      vs.                           )   No. 4:05CV251-DJS
                                    )
EAGLE ROOFING COMPANY, MICHAEL      )
WILLEY and DENVER NICHOLS,          )
                                    )
            Defendants.             )

### ORDER OF DEFAULT JUDGMENT

Upon plaintiffs' Motion for Default Judgment, this Court finds that Defendants Eagle Roofing Co. and Denver Nichols are in Default and entry of Default Judgment against the Defendants, jointly and severally, is proper pursuant to Federal Rule of Civil Procedure 55.

**IT IS HEREBY ORDERED** that default judgment is entered against Defendants Eagle Roofing Co. and Denver Nichols, jointly and severally, and in favor of all the Plaintiffs in the amount of $10,861.32.

Dated this 17th day of October, 2005.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE